

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CV–15–365

| | |
|---|---|
| AMBER KIMBLE SHIELDS<br>APPELLANT | **Opinion Delivered** January 20, 2016 |
| V. | APPEAL FROM THE RANDOLPH COUNTY CIRCUIT COURT<br>[NO. DR–07–54] |
| MITCHELL KIMBLE<br>APPELLEE | HONORABLE PHILIP SMITH, JUDGE |
| | SUPPLEMENTAL ADDENDUM ORDERED |

## RAYMOND R. ABRAMSON, Judge

Amber Kimble Shields appeals the Randolph County Circuit Court's order awarding Mitchell Kimble $15,539.94 in attorney's fees and costs for Shields's contemptuous conduct and sentencing her to 120 days in jail if she failed to pay the sum within 180 days. We are unable to reach the merits of the appeal at this time due to a deficiency in Shields's addendum. Because the addendum is not in compliance with Arkansas Supreme Court Rule 4–2(a)(8), we order Shields to file a supplemental addendum.

Rule 4–2(a)(8) requires the addendum to contain all documents in the record that "are essential for the appellate court to confirm its jurisdiction, to understand the case, and to decide the issues on appeal." Specifically, the Rule requires "any order extending the time to file the record on appeal" to be included in the addendum. Ark. Sup. Ct. R. 4–2(a)(8)(A)(i) (2014). Because Shields has not included the circuit court's order granting the extension of

SLIP OPINION

time to lodge the record, we direct her to correct this deficiency by filing a supplemental addendum within seven calendar days from the date of this opinion. Ark. Sup. Ct. R. 4-2(b)(4); *In re 4-2(b) of the Rules of the Supreme Court*, 2011 Ark. 141 (per curiam). We strongly encourage appellate counsel, prior to filing the supplemental addendum, to review our rules, as well as the addendum, to ensure that no additional deficiencies are present.

Supplemental addendum ordered.

GLADWIN, C.J., and BROWN, J., agree.

*Amber Kimble (Shields)*, pro se appellant.

*Devon N. Holder*, for appellee.